CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAR 25 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the __Western__ District of __Virginia__

United States of America )
v. )
) Case No: 4:93CR70088-001
James Felton )
) USM No: 34814-054

Date of Previous Judgment: August 23, 1994
(Use Date of Last Amended Judgment if Applicable)

Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __270__ months **is reduced to** __228*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

* Defendant's total term of imprisonment of 228 months consists of 168 months as to counts 1, 2, 4, 6, 7, 9 and 10; and 60 months as to count 3; the first group of counts to be served concurrently, and 60 months as to count 3 to be served consecutively.

Except as provided above, all provisions of the judgment dated __Aug. 23, 1994__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 3-25-08

Judge's signature

Effective Date: ~~March 3, 2008~~ 4-7-08
(if different from order date)

Senior United States District Judge Jackson L. Kiser
Printed name and title